SEAN P. REIS (SBN 184044)
sreis@edelson.com
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
Telephone: (949) 459-2124

*Counsel for Plaintiff and the putative class*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD APPLEWHITE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>CASHCALL, INC., a California corporation,<br><br>*Defendant*. | Case No. 3:13-cv-00035-AJB-BLM<br><br>**NOTICE OF VOLUNTARY DISMISAL PURSUANT TO FED. R. CIV. P. 41**<br><br>Judge: Honorable Anthony J. Battaglia<br>Action Filed: January 7, 2013 |

**PLEASE TAKE NOTICE** that Plaintiff Richard Applewhite, by and through his undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1), hereby voluntarily dismisses all claims in this action *without prejudice* as to Defendant CashCall, Inc. In support of the instant notice, Plaintiff states as follows:

1. Plaintiff filed this action on January 7, 2013. (Dkt. 1.)

2. Fed. R. Civ. P. 41(a)(1) provides, in relevant part, that a "plaintiff may dismiss an action without court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."

3. Defendant CashCall, Inc. has neither served an answer nor a motion for summary judgment in this action.

4. Accordingly, this action may be dismissed without prejudice and without an Order of the Court.

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | **RICHARD APPLEWHITE**, individually and on behalf of all others similarly situated, |
| Dated: March 15, 2013 | By: /s/ Sean P. Reis |
|   | One of Plaintiff's Attorneys |

SEAN P. REIS (SBN 184044)
sreis@edelson.com
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
Telephone: (949) 459-2124

**CERTIFICATE OF SERVICE**

 I, Sean P. Reis, an attorney, hereby certify that on March 15, 2013, I served the above and foregoing ***Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41***, by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this the 15th day of March 2013.

         /s/ Sean P. Reis